01

02

03

04                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
05                                          AT SEATTLE

06   UNITED STATES OF AMERICA,            )   CASE NO. MJ 16-449
                                          )
07            Plaintiff,                   )
                                          )
08       v.                               )   DETENTION ORDER
                                          )
09   GARRETT RISER,                       )
                                          )
10            Defendant.                   )
     _____      )

11

12   <u>Offense Charged</u>: Failure to Surrender, as directed, to serve a sentence.  18 USC ¶3146(a)(2).

13   <u>Procedural History and Status</u>

14        This court revoked defendant's supervised release in a prior case, CR 10-299 JCC, and

15   sentenced defendant to a term of imprisonment followed by an additional term of supervised

16   release.  The court permitted defendant to remain at large, until ordered to surrender to serve

17   that sentence.  Defendant allegedly did not surrender as directed, forming the basis for the

18   separate criminal offense charged in this case.  He was later arrested, remanded to custody,

19   and has now served his sentence in that prior case.

20   <u>Date of Detention Hearing</u>:    October 28, 2016.

21        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22   based upon the factual findings and statement of reasons for detention hereafter set forth,

DETENTION ORDER
PAGE -1

01   finds that no condition or combination of conditions which defendant can meet will

02   reasonably assure that defendant will appear for future hearings, as directed.

03   <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

04   (1) The allegations contained in the Complaint support the following conclusions.

05       Defendant gave repeated assurances to the U.S. Probation Office, and to the U.S.

06       Marshal, that he would report to serve his sentence as directed.  But when the time

07       came, he decided not to do so, offering various excuses.  These included the alleged

08       needs of his family.

09   (2) His significant criminal record also includes some past instances of failures by

10       defendant to appear in court, as directed.

11   (3) This behavior is consistent with a pattern he has demonstrated in prior proceedings in

12       this court.  Defendant evidently feels free to decide for himself that he is not required

13       to comply with court-ordered supervision or with the court's orders.  This history

14       establishes, by a preponderance of the evidence, that the court cannot set conditions of

15       release for him which would reasonably assure he would make his future court

16       appearances.   Defendant argues for the implementation of location monitoring

17       devices.  But this is not sufficient to reasonably assure appearances by a defendant

18       who has demonstrated he will do so only when it suits his convenience.

19   (4) There is significant evidence defendant continues his use of methamphetamines and

20       perhaps other controlled substances.  He also failed to report as directed for drug

21       testing on 17 occasions from January 2016 through March of 2016.  He has also failed

22       to complete drug treatment programs as directed on several occasions.  These factors

DETENTION ORDER
PAGE -2

01       are further evidence that he would not be amenable to pretrial supervision, and is not

02       reliable to make his court appearances as required.

03    (5) While the United States has met its burden on the issue of risk of non-appearance, it

04       has not met its burden of showing, by clear and convincing evidence, that defendant

05       would pose a danger to other persons and the community if released on conditions.

06  It is therefore ORDERED:

07    (1) Defendant shall be detained pending trial and committed to the custody of the

08       Attorney General for confinement in a correction facility separate, to the extent

09       practicable, from persons awaiting or serving sentences or being held in custody

10       pending appeal;

11    (2) Defendant shall be afforded reasonable opportunity for private consultation with

12       counsel;

13    (3) On order of the United States or on request of an attorney for the Government, the

14       person in charge of the corrections facility in which defendant is confined shall

15       deliver the defendant to a United States Marshal for the purpose of an appearance in

16       connection with a court proceeding;

17    (4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel

18       for the defendant, to the United States Marshal, and to the United States Probation

19       Officer.

20       DATED this 28th day of October, 2016.

21                        s/ John L. Weinberg

                              United States Magistrate Judge

22

DETENTION ORDER
PAGE -3